AFFIDAVIT OF SERVICE

P2220275

PRYOR CASHMAN LLP    MILLIE LOPEZ
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

---

| 48TH RESTAURANT ASSOCIATES LLC | index No. 19-CV-07708 |
| --- | --- |
| PLAINTIFF | Date Filed |
| - vs - | File No. NONE GIVEN |
| AVRA HOSPITALITY LLC, ANDREW CHAFOULIAS, AND MIKI RADOVANOVIC | Court Date: |
| DEFENDANT | **AFFIDAVIT OF SERVICE** |

STATE OF **Minnesota**, COUNTY OF **Olmsted** :SS:

**Cathy M. Shaw**, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of **Minnesota**

on **August 22, 2019** at **9:34 AM**,

at **150 S. BROADWAY ROCHESTER, MN 55904**

deponent served the within **CIVIL COVER SHEET, SUMMONS AND COMPLAINT, INDIVIDUAL RULES AND PRACTICES FOR JUDGE BRODERICK AND MAGISTRATE JUDGE MOSES AND ECF FILING RULES & PROCEDURES** on: **AVRA HOSPITALITY LLC**, the **DEFENDANT** therein named.

___ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**X** #2 CORPORATION   By delivering a true copy of each to **Marija Cvetkovic** personally, deponent knew the person so served to be the **Vice President of Revenue Management** of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON   By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is DEFENDANT's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is DEFENDANT's:[ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find DEFENDANT or a person of suitable age and discretion, having called thereat

| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |
| on the ___ | day of ___ | at ___ |

Address confirmed by _____

___ #5 MAIL COPY   On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

**X** #6 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: **F**   Color: **Caucasian**   Hair: **Blonde**
Age: **40**   Height: **5'6"**   Weight: **115 lbs**
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the DEFENDANT in the amount of $____

___ #8 MILITARY SRVC   Deponent asked person spoken to whether the DEFENDANT was presently in military service of the United States Government or of the State of _____ and was informed that DEFENDANT was not.

___ #9 OTHER

_____ 8-27-19
NOTARY NAME & DATE

Cathy M. Shaw


REBECCA STALOCH
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2022

PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-PCLLP-L-2220275