UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
48TH RESTAURANT ASSOCIATES LLC,

                        Plaintiff,

      -against-                                                 19 **CIVIL** 7708 (VSB)

## **JUDGMENT**

AVRA HOSPITALITY LLC et al.,

                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 24, 2022, Defendants' motion to dismiss for lack of personal jurisdiction and venue is GRANTED.

**Dated:** New York, New York

       January 24, 2022

                                                              **RUBY J. KRAJICK**

                                                               **Clerk of Court**

                               **BY:**

                                                               **Deputy Clerk**